UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EASTERN SAVINGS BANK, FSB,

                      Plaintiff,        Civil Case No.: 13-cv-07308-ADS-SIL

    -against-
RICHARD ROBINSON A/K/A RICHARD A.
ROBINSON, GAIL ROBINSON,
AMERICREDIT FINANCIAL
SERVICES, INC., LI ANESTHESIOLOGIST PLLC,
and QUINN ROBINSON,
                      Defendants.

-------------------------------------------------------------------x

| | |
|---|---|
| Motion By: | Plaintiff, Eastern Savings Bank, fsb |
| Date, Time and Place Returnable | On a date and time to be determined by the Hon. Arthur D. Spatt, United States District Judge. |
| Relief Requested: | Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure; and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Affidavit of Terry Brown, dated June 30, 2015; Affirmation of Jerold C. Feuerstein, Esq., dated July 1, 2015; Rule 56.1 Statement of Material Facts; Memorandum of Law and Pleadings herein. |
| Opposing Papers: | Must be filed no later than August 1, 2015 pursuant to the Scheduling Order (Docket No. 41) in this matter. |

Dated: New York, New York
July 1, 2015

                                          KRISS & FEUERSTEIN LLP
                                        *Attorneys for Plaintiff Eastern Savings Bank, fsb*

By:  /s/ Jerold C. Feuerstein
Jerold C. Feuerstein (JF 9829)
360 Lexington Avenue, Suite 1200
New York, NY  10017
(212) 661-2900
jfeuerstein@kandfllp.com

TO:
Craig D. Robins, Esq.
*Attorneys for Defendants*
*Gail Robinson & Richard Robinson*
35 Pinelawn Road, Suite 218-E
Melville, New York 11747