UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

EASTERN SAVINGS BANK, FSB,

  Plaintiff,                                            Civil Action No. 13 cv 7308
                                                         (ADS)(WDW)

        -against-

RICHARD ROBINSON A/K/A RICHARD A. ROBINSON,
GAIL ROBINSON, AMERICREDIT FINANCIAL
SERVICES, INC., LI ANESTHESIOLOGIST PLLC, and
QUINN ROBINSON,

                    Defendants.
-----------------------------------------------------------------------X

## <u>NOTICE OF CROSS-MOTION</u>

      Please take notice that the Defendants, Richard Robinson and Gail Robinson, hereby bring a Cross-Motion seeking dismissal of the Amended Complaint, sanctions, attorney's fees and punitive damages due to Plaintiff's violation of the Defendants' bankruptcy discharge.

      Pursuant to this Court's Order dated September 24, 2015, Plaintiff's opposition shall be filed by November 23, 2015, and Defendants' Reply shall be filed by December 7, 2015.

      The papers supporting this Cross-Motion consist of Defendant's Memorandum of Law and Statement of Facts Pursuant to Local Rule 56.1.

Dated: Melville, New York
       October 23, 2015

                                     */s/ Craig D. Robins, Esq.*
                                     Craig D. Robins, Esq. (CR5938)
                                     LAW OFFICES OF CRAIG D. ROBINS
                                     Attorney for Defendants
                                     35 Pinelawn Road, Suite 218-E
                                     Melville, New York 11747
                                     (516) 496-0800